**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 20-10390<br><br>Judge John E. Hoffman<br><br>(Joint Administration Requested) |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID M. HILLMAN

Thomas R. Allen, proposed co-counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and pursuant to Local Rule 2090-1, hereby moves the Court to admit David M. Hillman ("Mr. Hillman") *pro hac vice* to appear and participate as counsel in this case for the Debtors. Mr. Hillman is a partner in the New York, New York office of the firm Proskauer Rose LLP ("Proskauer"). Mr. Hillman acknowledges that his employment and the employment of Proskauer by the Debtors is subject to Court approval pursuant to 11 U.S.C. § 327, Federal Rule of Bankruptcy Procedure 2014, and Local Rule 2014-1.

Movant represents that Mr. Hillman is a member in good standing of the highest court of New York (Bar No. 2725067), and was admitted to practice in New York in 1996. Additionally, Mr. Hillman is admitted to practice before the United States District Courts for the Eastern District of New York (admitted 1996), and the Southern District of New York (admitted 1996). Mr. Hillman is also admitted to practice before the United States Courts of Appeals for the Second Circuit (admitted 2000), the Third Circuit (admitted 2009) and the Sixth Circuit (admitted 2006).

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

Mr. Hillman is in good standing to practice before all courts to which he is admitted, and there are no disciplinary actions pending against him in any jurisdiction.

Mr. Hillman will familiarize himself with the applicable rules of the Court and agrees to abide by the ethical standards governing the practice of law in this Court.

Mr. Hillman's contact information is as follows:

> **PROSKAUER ROSE LLP**
> Eleven Times Square
> New York, New York 10036
> Telephone:  (212) 969-3000
> Facsimile:   (212) 969-2900
> Email: dhillman@proskauer.com

WHEREFORE, Movant respectfully requests that this Court grant David M. Hillman *pro hac vice* admission to appear before this Court on behalf of the Debtors with respect to the above-captioned chapter 11 cases and any related adversary proceedings, and for any further relief the Court deems just. A proposed order is attached hereto as **Exhibit A**.

Dated:  February 12, 2020
                                                                Respectfully Submitted,

                                                                 /s/  Thomas R. Allen
                                                                Thomas R. Allen       (0017513)
                                                                Richard K. Stovall    (0029978)
                                                                James A. Coutinho     (0082430)
                                                                Matthew M. Zofchak    (0096279)
                                                                Allen Stovall Neuman Fisher & Ashton LLP
                                                                17 South High Street, Suite 1220
                                                                Columbus, Ohio 43215
                                                                T: (614) 221-8500;    F: (614) 221-5988
                                                                allen@asnfa.com; stovall@asnfa.com
                                                                coutinho@asnfa.com; zofchak@asnfa.com
                                                                *Proposed Counsel to the Debtors and Debtors in Possession*

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al.*,[2] | ) ) ) | Case No. 20-10390 |
| | ) | Judge John E. Hoffman |
| | ) | |
| Debtors. | ) ) | (Joint Administration Requested) |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID M. HILLMAN [RELATED TO DOCKET NO.\_\_\_]**

Upon the Motion for Admission *Pro Hac Vice* of David M. Hillman, it is HEREBY ORDERED THAT:

1. The Motion is granted in its entirety, and attorney David M. Hillman is admitted *pro hac vice* to appear before this Court on behalf of the Debtors with respect to the above-

---

[2] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

Case 1:20-bk-10390  Doc 20  Filed 02/12/20  Entered 02/12/20 03:05:00  Desc Main
            Document      Page 5 of 5

captioned chapter 11 cases and any related adversary proceedings.

SO ORDERED.

Copies to Default List.