**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, et al.,[1] | ) Case No. 20-10390 (JEH) |
| | ) |
| | ) Judge John E. Hoffman, Jr. |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Dinsmore & Shohl LLP, as counsel to MURRAY ENERGY HOLDINGS CO. and other related entities, a party in interest in the above-captioned case, hereby enters its appearance in the above-captioned case and requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that any and all notices, papers and pleadings filed or served in the above-captioned case be given to and served upon the undersigned at the address set forth below:

> Kim Martin Lewis, Esq.
> Dinsmore & Shohl LLP
> 255 East Fifth Street, Suite 1900
> Cincinnati, Ohio 45202
> Email: kim.lewis@dinsmore.com
> Telephone: (513) 977-8200

**PLEASE TAKE FURTHER NOTICE** that this request for notice nor any subsequent appearance, pleading, proof of claim, or other writing or conduct shall constitute a waiver of any:

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

(a) rights to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court; (b) rights to trial by jury in any proceeding as to any and all matters so triable; (c) rights to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (d) other right, claims, defenses, setoffs, or other matters. All such rights hereby are reserved and preserved by Murray Energy Holdings Co., without exemption and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participant in the case.

Respectfully submitted,

/s/ *Kim Martin Lewis*
Kim Martin Lewis, OH #0043533
DINSMORE & SHOHL LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
kim.lewis@dinsmore.com
*Counsel for Murray Energy Holdings Co. and related entities*

## Certificate of Service

I hereby certify that on February 12, 2020, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served on all parties receiving electronic notification via the Court's CM/ECF system in this bankruptcy case.

/s/ *Kim Martin Lewis*
Kim Martin Lewis