# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re:<br><br>MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 20-10390<br><br>Judge John E. Hoffman, Jr.<br><br>(Joint Administration Requested) |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Attorney Alan R. Lepene, partner at Thompson Hine LLP, hereby appears as counsel to creditor Bay Point Capital Partners II, LP. Please serve all notices and documents to:

Alan R. Lepene
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Alan.Lepene@ThompsonHine.com

This request for notice includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, electronic or otherwise, that affect the above-captioned debtors or the property of the debtors or the debtors' estate.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

Dated: February 13, 2020 Respectfully Submitted,

*/s/ Alan R. Lepene*
Alan R. Lepene (0023276)
John C. Allerding (0087025)
**THOMPSON HINE LLP**
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
Telephone: 216.566.5500
Facsimile: 216.566.5800
Alan.Lepene@ThompsonHine.com
John.Allerding@ThompsonHine.com

*Counsel to Bay Point Capital Partners II, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, a copy of the foregoing Notice of Appearance and Request for Notices was served through the Court's CM/ECF system to all ECF participants registered in these cases at the email address registered with the Court.

*/s/ Alan R. Lepene*
Alan R. Lepene (0023276)