# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al.*,[1] | ) Case No. 20-10390 (JEH) |
| | ) Judge John E. Hoffman, Jr. |
| Debtors. | ) (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR FEBRUARY 14, 2020, AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE JOHN E. HOFFMAN, JR. IN COURTROOM A AT THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF OHIO, LOCATED AT 170 NORTH HIGH STREET, COLUMBUS, OHIO 43215**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court. The status of each is set forth below.**

> **Any party who wishes to attend telephonically is required to make arrangements through CourtSolutions by telephone (917-746-7476).**

1. Voluntary Chapter 11 Petitions.

2. Notice of Election as a Complex Chapter 11 Case [Docket No. 2, filed February 12, 2020].

3. Declaration of Robert D. Moore in Support of Chapter 11 Petitions [Docket No. 4, filed February 12, 2020].

4. Declaration of Amy Lee, Senior Director at Alvarez & Marsal North America, LLC, in Support of First Day Motions [Docket No. 5, filed February 12, 2020].

   **Status**: The Declarations will be relied upon as evidentiary support for the first day matters listed below.

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

**First Day Matters**

5. Debtors' Motion for Entry of an Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief [Docket No. 3, filed February 12, 2020] ("Joint Administration Motion").

    **Status**: This matter is going forward.

6. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Granting Adequate Protection, (IV) Authorizing the Debtors to Enter Into and Perform Under Certain New Coal Sale Contracts, (V) Modifying the Automatic Stay, (VI) Scheduling A Final Hearing, and (VII) Granting Related Relief [Docket No. 44, filed February 12, 2020] ("DIP Motion").

    **Status**: This matter is going forward with respect to an interim order. In addition to the Moore Declaration and Lee Declaration, the Berube Declaration will be relied upon as evidentiary support for the motion.

7. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue to Utilize Their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions and Pay Prepetition Obligations Related Thereto, and (II) Granting Related Relief [Docket No. 6, filed February 12, 2020] ("Cash Management Motion").

    **Status**: This matter is going forward.

8. Debtors' Motion for Entry an Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief [Docket No. 7, filed February 12, 2020] ("Wages Motion").

    **Status**: This matter is going forward.

9. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Claims of (A) Critical Vendors, (B) Lien Claimants, (C) Shippers, (D) Royalty and Leasehold Claimants, (II) Confirming Administrative Expense Priority Status of Outstanding Orders, and (III) Granting Related Relief [Docket No. 8, filed February 12, 2020] ("Critical Vendors Motion").

    **Status**: This matter is going forward with respect to an interim order.

10. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) Continue Their Insurance Policies and Honor All Obligations in Respect Thereof, (B) Renew, Supplement, and Enter into New Insurance Policies, (C)

>           Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (D) Enter into New Premium Financing Agreements in the Ordinary Course of Business, and (II) Granting Related Relief [Docket No. 9, filed February 12, 2020] ("Insurance Motion").
>
>           **Status:**    This matter is going forward.

11.     Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Continue Their Surety Bond Program and (II) Granting Related Relief [Docket No. 10, filed February 12, 2020] ("Surety Bond Motion").

>           **Status**:    This matter is going forward.

12.     Debtors' Motion for an Order (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees and (II) Granting Related Relief [Docket No. 11, filed February 12, 2020] ("Taxes Motion").

>           **Status**:    This matter is going forward.

13.     Debtors' Motion Seeking Authority to Implement Certain Notice and Case Management Procedures [Docket No. 12, filed February 12, 2020] ("Case Management Motion").

>           **Status**:    This matter is going forward.

14.     Debtors' Motion for Entry of Interim and Final Orders (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (IV) Granting Related Relief [Docket No. 13, filed February 12, 2020] ("Utilities Motion").

>           **Status**:    This matter is going forward with respect to an interim order.

15.     Debtors' Application for Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 14, filed February 12, 2020] ("Prime Clerk Application").

>           **Status**:    This matter is going forward.

16.     Debtors' Motion for Entry of an Order (I) Extending Time to File Schedules of Assets and Liabilities, Schedules of Current Income and Expenditures, Schedules of Executory Contracts and Unexpired Leases, Statements of Financial Affairs, and Rule 2015.3 Financial Reports, and (II) Granting Related Relief [Docket No. 15, filed February 12, 2020] ("Schedules Motion").

>           **Status**:    This matter is going forward.

17. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor and (B) Redact Certain Personally Identifiable Information for the Debtors' Employees, (II) Approving the Form and Manner of Notifying Creditors of the Commencement of the Chapter 11 Cases, and (III) Granting Related Relief [Docket No. 16, filed February 12, 2020] ("Creditor Matrix Motion").

**Status**: This matter is going forward.

Dated: February 13, 2020
Columbus, Ohio

/s/ James A. Coutinho

| | |
|---|---|
| Thomas R. Allen (0017513) | David M. Hillman (*pro hac vice* pending) |
| Richard K. Stovall (0029978) | Timothy Q. Karcher (*pro hac vice* pending) |
| James A. Coutinho (0082430) | Chris Theodoridis (*pro hac vice* pending) |
| Matthew M. Zofchak (0096279) | **PROSKAUER ROSE LLP** |
| **Allen Stovall Neuman Fisher & Ashton** | Eleven Times Square |
| 17 South High Street, Suite 1220 | New York, New York 10036 |
| Columbus, Ohio 43215 | Telephone: (212) 969-3000 |
| Telephone: (614) 221-8500 | Facsimile: (212) 969-2900 |
| Facsimile: (614) 221-5988 | Email: dhillman@proskauer.com |
| Email: allen@asnfa.com | tkarcher@proskauer.com |
| stovall@asnfa.com | ctheodoridis@proskauer.com |
| coutinho@asnfa.com | - and - |
| zofchak@asnfa.com | |

*Proposed Counsel to the Debtors and Debtors in Possession*

Charles A. Dale (*pro hac vice* pending)
**PROSKAUER ROSE LLP**
One International Place
Boston, Massachusetts 02110
Telephone: (617) 526-9600
Facsimile: (617) 526-9899
Email: cdale@proskauer.com

*Proposed Counsel to the Debtors and Debtors in Possession*