# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | : |
| | : Chapter 11 |
| MURRAY METALLURGICAL COAL | : |
| HOLDINGS, LLC, *et al.*,[1] | : Case No. 20-10390 (JEH) |
| | : |
| | : Judge John E. Hoffman |
| | : |
| | : (Joint Administration Requested) |
| | : |
| Debtors. | : |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1), 342, and 1109(b) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Todd Goren, Esq. of Morrison & Foerster LLP, appears herein as counsel on behalf of the Unsecured Creditor Committee of Murray Energy Holdings Co., et al. (Case No. 19-56885) ("Murray Energy UCC"), an interested party in the above-referenced proceeding, through counsel and requests, pursuant to Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and Sections 102(1) and 342 of the Bankruptcy Code, that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served at the following addresses:

> Todd Goren, Esq.
> Morrison & Foerster LLP
> 250 West 55th Street
> New York, NY 10019-9601
> Telephone: (212) 336-4325

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950

Facsimile: (212) 468-7900
E-mail: tgoren@mofo.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order or any other paper filed in the case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, electronic mail, expedited delivery service, telephone, telex, telecopy or otherwise.

Mr. Goren further requests to be added to the Clerk's mailing matrix in this case.

Dated: February 13, 2020        MORRISON & FOERSTER LLP

/s/ Todd Goren
Todd Goren, Esq. (NY #4168076)
(*application for admission pro hac vice pending*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019-9601
Telephone: (212) 336-4325
Facsimile: (212) 468-7900
E-mail: tgoren@mofo.com

*Counsel for Unsecured Creditor Committee of Murray Energy Holdings Co., et al (Case No. 19-56885)*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2020, a true and correct copy of the foregoing *Notice of Entry of Appearance and Demand for Notices and Papers* was filed and served electronically via the Court's CM/ECF System upon those who are registered to receive electronic notice.

/s/ Todd Goren
Todd Goren (*admission pro hac vice pending*)