UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 20-10390 |
| | ) | |
| Murray Metallurgical Coal Holdings, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge John E. Hoffman, Jr. |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that Nick V. Cavalieri, Matthew T. Schaeffer and Robert B. Berner of Bailey Cavalieri LLC enter their appearance as counsel for UMWA 1974 Pension Plan, UMWA 1992 Benefit Plan, UMWA 1993 Benefit Plan, and UMWA 1988 Cash Deferred Savings Plan in the above-captioned case pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 9010-1.  The undersigned counsel respectfully requests that they be served with all papers served or required to be served in this case, including all applications, motions, petitions, plans, pleadings, requests, complaints or other papers, to be served upon the undersigned at the addresses set forth below:

Nick V. Cavalieri
Matthew T. Schaeffer
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3252
Fax: 614-221-0479
E-Mail: ncavalieri@baileycav.com
              mschaeffer@baileycav.com

#1771332v1

Robert B. Berner
Bailey Cavalieri LLC
1250 Kettering Tower
Dayton, Ohio 45423
Phone: 937-223-4701
Fax: 937-223-0170
E-Mail:  rberner@baileycav.com

Respectfully submitted,

/s/ Matthew T. Schaeffer
Nick V. Cavalieri (0013097)
Matthew T. Schaeffer (0066750)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215
Phone: 614-229-3289 / Fax: 614-221-0479
E-Mail: ncavalieri@baileycav.com
             mschaeffer@baileycav.com

Robert B. Berner (0020055)
Bailey Cavalieri LLC
1250 Kettering Tower
Dayton, Ohio 45423
Phone: 937-223-4701 / Fax: 937-223-0170
E-Mail rberner@baileycav.com

Counsel for UMWA 1974 Pension Plan, UMWA
1992 Benefit Plan, 1993 Benefit Plan, and UMWA
1988 Cash Deferred Savings Plan

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for

Notice was served electronically on the date of filing through the Court's ECF System on all

ECF participants registered in this case at the email address registered with the court.

/s/ Matthew T. Schaeffer
Matthew T. Schaeffer  (0066750)

2

#1771332v1