## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No.: 20-10390 (JEH) |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al*, | ) |
| | ) Judge John E. Hoffman |
| | ) |
| Debtors[1] | ) (Joint Administered) |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

Please enter our appearance on behalf of Joy Global Underground Mining, LLC and Joy Global Conveyors, Inc., in the above-captioned bankruptcy proceedings. I request that copies of all notices filed be sent to the undersigned and that the name and address of the undersigned be added to the mailing matrix.

/s/ Richard J. Parks
Richard J. Parks
Ohio Supreme Court ID No. 0003986
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
7 West State Street, Suite 100
Sharon, PA 16146
(724) 981-1397
Fax: (724) 981-1398
E-mail: rjp@pietragallo.com
Attorneys for Joy Global Underground Mining, LLC
and Joy Global Conveyors, Inc.

Dated: February 18, 2020

5117671v1

---

[1] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No.: 20-10390 (JEH) |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al*, | ) |
| | ) Judge John E. Hoffman |
| | ) |
| Debtors[2] | ) (Joint Administered) |

## DECLARATION IN LIEU OF AFFIDAVIT

### Regarding Request to be Added to the Mailing Matrix

I am the Attorney for Joy Global Underground Mining, LLC and Joy Global Conveyors, Inc., creditors in the above-captioned bankruptcy case, and I am authorized by these creditors to make the accompanying request for notices. The new address should be used instead of the existing address and added to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and: *Please check the appropriate box*

    ☒    that there are no other requests to receive notices on behalf of these creditors, or

    ☐    that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

    Creditor's Name

    Creditor's Address

    City, State and Zip

---

[2] The Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2020.

/s/ Richard J. Parks
Richard J. Parks
Pa. Supreme Court ID No. 0003986
Attorney for Joy Global Underground Mining, LLC and
Joy Global Conveyors, Inc.