# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: ) | Case No. 20-10390 |
| ) | |
| Murray Metallurgical Coal Holdings, et al ) | Chapter 11 |
| *Jointly Administered* ) | |
| ) | **Hon. John E. Hoffman, Jr.** |
| Debtors ) | U.S. Bankruptcy Judge |
| ) | |

## NOTICE OF APPOINTMENT OF
## OFFICICAL COMMITTEE OF UNSECURED CREDITORS

Please take notice that pursuant to 11 U.S.C. § 1102(a), Andrew Vara, the United States Trustee for Regions 9, by and through Assistant United States Trustee Monica V. Kindt, has appointed the following creditors to serve on the Committee of Unsecured Creditors in this case:

| |
|---|
| Baker Hughes Oil Field Operations, LLC |
| Attn: Martin Craighead, Chief Executive Officer |
| 17021 Aldine Wesfield Road |
| Houston, TX   77073 |
| C & A Cutter Head, Inc. |
| Attn: Paul Campbell, President |
| 212 Kendall Avenue, |
| P.O. Box 1488 |
| Chilhowie, VA 24319 |
| IDC Industries, Inc. |
| Attn: Chris Mansur, General Counsel |
| 18901 15 Mile Road |
| Clinton Township, MI   48035 |

Joy Global

Attn: Devlin Fronczek, Credit Analyst

2101 West Pike Street

Houston PA 15342-1154

United Central Ind. and Supply Co. LLC

Attn: Henry Looney, President

1241 Volunteer Parkway

Suite 1000

Bristol, TN 37620

Dated: February 25, 2020

Andrew Vara
United States Trustee
Regions 3 and 9

/s/ Monica V. Kindt
Monica V. Kindt (#0073085)
Assistant United States Trustee
United States Department of Justice
Office of the United States Trustee
550 Main Street, Suite 4-812
Cincinnati, Ohio 45202
Voice: (513) 684-6988, x226, Fax: 684-6994
e-mail: Monica.kindt@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on November 7, 2019 via ECF noticing upon the parties on the ECF noticing list for this case as follows:

- **Bennett P Allen**  ballen@econjustice.com, troth@econjustice.com;dcook@econjustice.com
- **Asst US Trustee (Cin)**  ustpregion09.ci.ecf@usdoj.gov
- **Robert B Berner**  rberner@baileycav.com, BR-ECF@baileycav.com,lpatterson@baileycav.com
- **Maria G. Carr**  mcarr@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **Nick V Cavalieri**  ncavalieri@baileycav.com, lpatterson@baileycav.com;BR-ECF@BaileyCav.com
- **Frederick D Clarke**  fclarke@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com;tparker@rumberger.com
- **David M Cook**  dcook@econjustice.com, troth@econjustice.com;ballen@econjustice.com
- **Jeremy Shane Flannery**  Jeremy.S.Flannery@usdoj.gov
- **Ronald E Gold**  rgold@fbtlaw.com, eseverini@fbtlaw.com
- **Irena Goldstein**  irenagoldstein@paulhastings.com
- **Brian Leland Greenert**  bgreenert@pa.gov, jgeisler@pa.gov
- **Harry W Greenfield**  hgreenfield@bernsteinlaw.com, jtoole@bernsteinlaw.com
- **Michael John Heilman**  mheilman@pa.gov
- **Alexandra Siebler Horwitz**  allie.horwitz@dinsmore.com
- **Michael E Idzkowski**  michael.idzkowski@ohioattorneygeneral.gov
- **Harold Israel**  hisrael@lplegal.com, bdroca@lplegal.com;ikropiewnicka@lplegal.com;tmassat@lplegal.com
- **Pedro Jimenez**  pedrojimenez@paulhastings.com
- **Michael J Kaczka**  mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
- **John Kettering**  jk@pietragallo.com, ms@pietragallo.com;rjp@pietragallo.com
- **Douglas Kilmer**  dougkilmerlaw@gmail.com
- **Monica V Kindt**  Monica.kindt@usdoj.gov
- **Joel A Kunin**  jkunin@ghalaw.com
- **Joseph Edward Lehnert**  jlehnert@kmklaw.com
- **Kim Martin Lewis**  kim.lewis@dinsmore.com, lisa.geeding@dinsmore.com;ecf-9b7a1a52c6e8@ecf.pacerpro.com;carrie.oppenheim@kirkland.com
- **Douglas L Lutz**  dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com;sbryant@fbtlaw.com;sbryant@ecf.inforuptcy.com
- **Sean D Malloy**  smalloy@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com

- **Timothy Palmer** timothy.palmer@bipc.com, donna.curcio@bipc.com
- **Richard J Parks** rjp@pietragallo.com, ms@pietragallo.com;jk@pietragallo.com
- **Holly S Planinsic** hplaninsic@hmhy.com, kschrack@hmhy.com
- **Justin W Ristau** jristau@bricker.com, aklein@bricker.com
- **Benjamin A Sales** benjamin.a.sales@usdoj.gov
- **Robert G Sanker** rsanker@kmklaw.com
- **Matthew T Schaeffer** mschaeffer@baileycav.com, lpatterson@baileycav.com;br-ecf@baileycav.com
- **Gregory M Taube** greg.taube@nelsonmullins.com, ayo.uboh@nelsonmullins.com;silvi.shaw@nelsonmullins.com
- **Jeffrey C Toole** jtoole@bernsteinlaw.com, lyoung@bernsteinlaw.com
- **Michael A VanNiel** mvanniel@bakerlaw.com, sszalay@bakerlaw.com
- **Daniel I. Waxman** dwaxman@wyattfirm.com, lexbankruptcy@wyattfirm.com;rburdine@wyattfirm.com
- **Richard Scott Williams** swilliams@rumberger.com, ldowner@rumberger.com;docketingorlando@rumberger.com
- **Amy A Zuccarello** azuccarello@sandw.com, nkoslof@sandw.com;cbullock@sandw.com

and via regular mail to:

**Andrew N. Goldman**
WILMER CUTLER PICKERING HALE AND DORR LL
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**Benjamin W. Loveland**
Wilmer Cutler Pickering Hale and Dorr
7 World Trade Center
250 Greenwich Street
New York, NY 10007

**Prime Clerk LLC**
One Grand Central Place
60 East 42nd Street
Suite 1440
New York, NY 10165

**Damian S. Schaible**
Davis Polk & Wardwell LLP

4

450 Lexington Avenue
New York, NY 10017

**Murray Metallurgical Coal Holdings, LLC**
46226 National Road
St. Clairsville, OH 43950

**Bank of NY Mellon Trust Company N.A. as indenture Trustee**
Elizabeth L. Slaby, Vice President, Corporate Trust
500 Ross Street
12th Floor
Pittsburgh, PA 15262

**Baker Hughes Oil Field Operations, LLC**
Attn:   Martin Craighead, Chief Executive Officer
17021 Aldine Wesfield Road
Houston, TX   77073

**C & A Cutter Head, Inc.**
Attn:   Paul Campbell, President
212 Kendall Avenue
P.O. Box 1488
Chilhowie, VA   24319

**IDC Industries, Inc.**
Attn:   Chris Mansur, General Counsel
18901 15 Mile Road,
Clinton Township, MI   48035

**Joy Global**
Attn: Devlin Fronczek, Credit Analyst
2101 West Pike Street
Houston, PA   15342-1154

**United Central Ind. and Supply Co. LLC**
Attn: Henry Looney, President
1241 Volunteer Parkway
Suite 1000
Bristol, TN   37620