UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-10390 (JEH) |
| MURRAY OAK GROVE COAL, LLC, | ) | Judge John E. Hoffman, Jr. |
| *et al.*,[1] | ) | Chapter 11 |
| | ) | (Joint Administered) |
| DEBTOR. | | |

## MOTION FOR ADMISSION OF JONATHAN ELLIOTT RAULSTON ESQ. *PRO HAC VICE*

David M. Whittaker, Esq. counsel for creditor Southeastern Conveyor Services Inc. ("Southeastern"} moves the Court pursuant to Local Bankruptcy Rule 2090-1 for the entry of an Order admitting Jonathan Elliott Raulston, Esq. ("Raulston") *pro hac vice* to appear and participate as counsel for Southeastern in this Chapter 11 case and in the related adversary proceeding filed by the Debtors against Southeastern (and other defendants) and in any other adversary proceeding or contested matter that may involve or affect Southeastern.

Raulston is a member in good standing of the following courts:

| Court | Date of Admission | Bar Registration No. |
|---|---|---|
| Supreme Court of AL | 9/28/2001 | ASB-6149-O69R |
| US District Court, NDAL | 2/01/2002 | |
| US Bankrupcty Court, NDAL | 06/2004 | |
| US Bankruptcy Court, MDAL | 11/2004 | |
| US Bankruptcy Court, SDAL | 04/2005 | |
| US Bankruptcy Court, NDFL | 05/2012 | |
| US Court of Appeals, 11th Cir | 9/20/2012 | |

There are no disciplinary actions pending against Raulston in any jurisdiction. Raulston will familiarize himself with the applicable rules of the Court and agrees to abide by the ethical standards governing the practice of law in this Court.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

Raulston's contact information is as follows:

> Jonathan Elliott Raulston
> Engel, Hairston & Johanson, P.C.
> P. O. Box 11405
> 109 North 20th Street, 4th Fl (35203)
> Birmingham AL   35202
> (205) 328-4600 (office)
> (205) 328-4698 (fax)
> Jraulston@ehjlaw.com

A proposed order granting this Motion is attached hereto as Exhibit A.

> Respectfully submitted,
>
> /s/ David M. Whittaker
> David M. Whittaker, Esq. (0019307)
> Isaac Wiles Burkholder & Teetor LLC
> Two Miranova Place Suite 700
> Columbus OH 43215
> Phone: 614-340-7431
> Fax: 614-365-9516
> Email: dwhittaker@isaacwiles.com
> Attorney for Southeastern Conveyor
> Services Inc.

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Motion for Admission of Jonathan Elliot Raulston, Esq. Pro Hac Vice was served upon all parties registered to receive served by ECF in this case on June 26, 2020.

> /s/ David M. Whittaker
> David M. Whittaker, Esq.
> Attorney for Southeastern Conveyor
> Services Inc.

EXHIBIT A

Proposed Order

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 20-10395 (JEH) |
| MURRAY OAK GROVE COAL, LLC, ) | Judge John E. Hoffman, Jr. |
| *et al.*,[1] ) | Chapter 11 |
| ) | (Joint Administered) |
| DEBTOR. | |

**ORDER GRANTING**
**MOTION FOR ADMISSION OF JONATHAN ELLIOTT RAULSTON**
**ESQ. *PRO HAC VICE***

This matter came before the Court upon the Motion for the Admission of Jonathan Elliott Raulston Esq. ("Raulston") Pro Hac Vice (the "Motion"). Based upon a review of the Motion the Court finds and Orders as follows:

1. The Motion complies with the requirements of Local Bankruptcy Rule 2090-1 and the Motion states a proper basis for the Court to grant the Motion.
2. The Court Orders that the Motion is granted and Raulston is admitted Pro Hac Vice to appear and participate as counsel for Southeastern Conveyor Services Inc. ("Southeastern") in this Chapter 11 case and in the related adversary proceeding filed by the Debtors against Southeastern (and other defendants) and in any other adversary proceeding or contested matter that may involve or affect Southeastern.

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

IT IS SO ORDERED.

APPROVED BY:


/s/ David M. Whittaker
David M. Whittaker, Esq. (0019307)
Isaac Wiles Burkholder & Teetor LLC
Two Miranova Place Suite 700
Columbus OH 43215
Phone: 614-340-7431
Fax: 614-365-9516
Email: dwhittaker@isaacwiles.com
Attorney for Southeastern Conveyor Services Inc.