**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 9, 2020**

___

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>**MURRAY METALLURGICAL COAL, HOLDINGS LLC,** *et al.*,[1]<br><br>**DEBTOR.** | Case No. 20-10390 (JEH)<br>Judge John E. Hoffman, Jr.<br>Chapter 11<br>(Jointly Administered) |

### ORDER GRANTING AMENDED MOTION FOR ADMISSION OF JONATHAN ELLIOTT RAULSTON ESQ. *PRO HAC VICE* (Related to Doc. No. 613)

This matter came before the Court upon the Amended Motion for the Admission of Jonathan Elliott Raulston Esq. ("Raulston") Pro Hac Vice (the "Motion"; Doc. No. 613). Based upon a review of the Motion the Court finds and Orders as follows:

1. The Motion complies with the requirements of Local Bankruptcy Rule 2090-1 and the Motion states a proper basis for the Court to grant the Motion.
2. The Court Orders that the Motion is granted and Raulston is admitted Pro Hac Vice to appear and participate as counsel for Southeastern Conveyor Services Inc. ("Southeastern") in this Chapter 11 case and in the related adversary proceeding filed by the Debtors against Southeastern (and other defendants) and in any other adversary proceeding or contested matter that may involve or affect Southeastern.

___

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Debtors' primary business address is 46226 National Road, St. Clairsville, OH 43950.

IT IS SO ORDERED.

APPROVED BY:

/s/ David M. Whittaker
David M. Whittaker, Esq. (0019307)
Isaac Wiles Burkholder & Teetor LLC
Two Miranova Place Suite 700
Columbus OH 43215
Phone: 614-340-7431
Fax: 614-365-9516
Email: dwhittaker@isaacwiles.com
Attorney for Southeastern Conveyor Services Inc.