**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 2, 2021**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al.*,[1] | ) Case No. 20-10390 (JEH) |
| | ) Judge John E. Hoffman, Jr. |
| Post-Confirmation Debtors. | ) (Jointly Administered) |

**ORDER GRANTING THE FINAL FEE APPLICATION OF
ALLEN STOVALL NEUMAN & ASHTON LLP, CO-COUNSEL FOR THE DEBTORS
AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES INCURRED DURING THE FINAL FEE PERIOD
FROM FEBRUARY 11, 2020 THROUGH DECEMBER 11, 2020**

Upon consideration of the *Final Fee Application of Allen Stovall Neuman & Ashton LLP,*

*Co-Counsel for the Debtors and Debtors in Possession, for Allowance of Compensation and*

---

[1] The Post-Confirmation Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Post-Confirmation Debtors' service address is c/o Drivetrain, LLC, as Plan Administrator, 410 Park Avenue, Suite 900, New York, NY 10022.

*Reimbursement of Expenses Incurred During the Final Fee Period from February 11, 2020 Through December 11, 2020* [Docket No. 874] (the "Application") of Allen Stovall Neuman & Ashton LLP ("ASN&A"), as well as the *Stipulation Regarding Final Fee Application of Allen Stovall Neuman & Ashton LLP* [Docket No. 899] (the "Stipulation")[2]; and this Court having reviewed the Application and Stipulation; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *General Order 30-4* from the United States Bankruptcy Court for the Southern District of Ohio, dated February 24, 2021; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application, as modified by the Stipulation, is GRANTED;

2. ASN&A is awarded compensation for professional and other legal services provided during the Fee Period[3] in the amount of $731,375.75, and reimbursement of actual, reasonable, and necessary expenses incurred in the Fee Period in the amount of $30,151.82;

3. The Debtors are authorized and directed to remit payment to ASN&A from the Professional Fee Escrow Account the sum of $61,345.44 representing the amount of compensation and reimbursement allowed hereby, less amounts previously paid, and less the amount of ASN&A's prepetition retainer, $12,795.50, which ASN&A is hereby authorized to apply; and

---

[2] The Stipulation, filed on April 20, 2021, and entered into between the Office of the United States Trustee (the "UST") and ASN&A, reflects an agreed upon decrease of fees in the amount of $2,126.50 and in expenses of $108.85, for a total reduction of $2,235.35, from the amounts originally sought by ASN&A in the Application following the UST's detailed review of the Application.

[3] Terms not otherwise defined herein have the meanings given to them in the Application.

4. The awards of compensation hereunder are accorded priority under 11 U.S.C. § 503(b).

**IT IS SO ORDERED**.

SUBMITTED BY:

/s/ Thomas R. Allen
Thomas R. Allen    (0017513)
Richard K. Stovall   (0029978)
James A. Coutinho   (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High Street, Suite 1220
Columbus, Ohio 43215
Telephone: (614) 221-8500
Facsimile: (614) 221-5988
Email: allen@ASNAlaw.com
       stovall@ASNAlaw.com
       coutinho@ASNAlaw.com
*Co-Counsel to the Post-Confirmation Debtors*

Copies to: Default List