**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: July 2, 2021**

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MURRAY METALLURGICAL COAL HOLDINGS, LLC, *et al.*,[1] | ) ) ) | Case No. 20-10390 (JEH) |
| | ) | Judge John E. Hoffman, Jr. |
| | ) | |
| Post-Confirmation Debtors. | ) ) | (Jointly Administered) |

### ORDER GRANTING THE FIRST INTERIM AND FINAL FEE APPLICATION OF PROSKAUER ROSE LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FEBRUARY 11, 2020 THROUGH DECEMBER 11, 2020 (DOC. 879)

Upon consideration of the *First Interim and Final Fee Application of Proskauer Rose LLP, Attorneys for the Debtors and Debtors in Possession, for the Period February 11, 2020 Through December 11, 2020* [Docket No. 879] (the "Application") of Proskauer Rose LLP ("Proskauer"),

---

[1] The Post-Confirmation Debtors in these Chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, if applicable, are: Murray Metallurgical Coal Holdings, LLC (4633); Murray Eagle Mining, LLC (4268); Murray Alabama Minerals, LLC (4047); Murray Alabama Coal, LLC (3838); Murray Maple Eagle Coal, LLC (4435); and Murray Oak Grove Coal, LLC (4878). The Post-Confirmation Debtors' service address is c/o Drivetrain, LLC, as Plan Administrator, 410 Park Avenue, Suite 900, New York, NY 10022.

as well as the *Stipulation Regarding Final Fee Application of Proskauer Rose LLP* [Docket No. 913] (the "Stipulation")[2]; and this Court having reviewed the Application and Stipulation; and this Court finding good and sufficient cause for granting the relief as provided herein; and after proper notice and opportunity to respond to the Application; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and *General Order 30-4* from the United States Bankruptcy Court for the Southern District of Ohio, dated February 24, 2021; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Application, as modified by the Stipulation, is GRANTED;

2. Proskauer is awarded compensation for professional and other legal services provided during the Final Compensation Period[3] in the amount of $10,606,086.43, and reimbursement of actual, reasonable, and necessary expenses incurred in the Final Compensation Period in the amount of $165,558.49;

3. The Debtors are authorized and directed to remit payment to Proskauer from the Professional Fee Escrow Account the sum of $975,917.13 representing the amount of compensation and reimbursement allowed hereby, less amounts previously paid; and

4. The awards of compensation hereunder are accorded priority under 11 U.S.C. § 503(b).

**IT IS SO ORDERED**.

---

[2] The Stipulation, filed on May 24, 2021, and entered into between the Office of the United States Trustee (the "UST") and Proskauer, reflects an agreed upon decrease of fees in the amount of $108,900.07 and in expenses of $3,597.00, for a total reduction of $112,497.07, from the amounts originally sought by Proskauer in the Application following the UST's detailed review of the Application.

[3] Terms not otherwise defined herein have the meanings given to them in the Application.

**SUBMITTED BY:**

/s/ James A. Coutinho
Thomas R. Allen    (0017513)
Richard K. Stovall    (0029978)
James A. Coutinho    (0082430)
Allen Stovall Neuman & Ashton LLP
17 South High Street, Suite 1220
Columbus, Ohio 43215
Telephone:    (614) 221-8500
Facsimile:    (614) 221-5988
Email:    allen@ASNAlaw.com
    stovall@ASNAlaw.com
    coutinho@ASNAlaw.com
*Co-Counsel to the Post-Confirmation Debtors*


**PROSKAUER ROSE LLP**

David M. Hillman (admitted *pro hac vice*)
Timothy Q. Karcher (admitted *pro hac vice*)
Eleven Times Square
New York, New York 10036
Telephone:    (212) 969-3000
Facsimile:    (212) 969-2900
Email:    dhillman@proskauer.com
    tkarcher@proskauer.com

    - and -

Charles A. Dale (admitted *pro hac vice*)
One International Place
Boston, Massachusetts 02110
Telephone:    (617) 526-9600
Facsimile:    (617) 526-9899
Email:    cdale@proskauer.com
*Co-Counsel to the Post-Confirmation Debtors*

Copies to: Default List